UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 5:20-cv-02677-KS<br><br>[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (Dkt. No. 20), **IT IS ORDERED** that fees and expenses in the amount of $5,069.60 as authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Stipulation.

DATE: August 31, 2021

_____
**KAREN L. STEVENSON**
**UNITED STATES MAGISTRATE JUDGE**